**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-cv-6369 |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC., d/b/a | ) | |
| THE HOME DEPOT, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

NOW COMES the Defendant, HOME DEPOT U.S.A., INC., by and through its attorney NOEL B. HABEREK, of PARSKY & GALLOWAY, LLC, and pursuant to 28 U.S.C.A. 1332, 1441 and 1446, hereby provides notice of its removal of this cause pursuant to said statutes for the following reasons:

1.  On or about December 18, 2022, there was commenced and is now pending in the Circuit Court of Lake County, Illinois, County Department, a certain civil action under Case No. 2025 LA 00000393 in which PATRICIA VASQUEZ, is the Plaintiff, and HOME DEPOT U.S.A., INC. is the Defendant.

2.  The aforementioned lawsuit is brought by the Plaintiff seeking damages for personal injuries under negligence/premises liability theory.

3.  Plaintiff's Complaint alleges that she suffered injuries as a result of an incident at Home Depot on May 26, 2023.  See attached Exhibit A.  On June 6, 2025, Defendant filed its appearance and answer to plaintiff's complaint.  See attached Exhibit B.  Plaintiff's complaint alleges that she was caused to slip and fall by water or some other liquid on the pavements near

the premises causing plaintiff to sustain injury. Plaintiff is also alleging the incident resulted in "severe and permanent injuries."

4. As a result of the incident, plaintiff sustained a back fracture and carpel tunnel syndrome for which she underwent surgery. As such, her claimed damages will exceed $75,000.00.

5. The Defendant states that the above lawsuit involves a controversy with complete diversity of citizenship between citizens of different states, and the Defendant affirmatively states further:

(a) Plaintiff was at the commencement of this action, and is now, a citizen of the State of Illinois, and is a resident of the State of Illinois, and is not a citizen of the State of Delaware or the State of Georgia.

(b) The Defendant, HOME DEPOT U.S.A., INC., is a corporation duly created and organized by and under the laws of the State of Delaware with its principal place of business in the State of Georgia, and was not and is not a corporation created or organized under the laws of the State of Illinois, nor does it have its principal place of business in the State of Illinois.

6. This matter involves a controversy between an individual who is a resident of the State of Illinois and a corporation organized pursuant to the laws of a state other than Illinois, and who has its principal place of business in a state other than Illinois. Further, the amount in controversy involves more than $75,000.00, exclusive of interest and costs. Accordingly, the District Court for the United States has original jurisdiction over this lawsuit.

7. This Notice of Removal is timely as it is within thirty (30) days of service which was May 12, 2025.

8. Attached hereto, and made a part hereof, are copies of the following documents filed by the Plaintiff and forwarded by the Defendant for filing in the Circuit Court of Lake County, Illinois, under case #2025 LA 00000393.

- Plaintiff's Complaint at Law;
- Defendant's Appearance;
- Defendant's Jury Demand; and
- Answer and Affirmative Defenses

To the Defendant's knowledge, no other documents, or pleadings were filed in said lawsuit.

9. Notice of the filing of this Removal has been given to all parties as required by law and is attached hereto. A true and correct copy of this Removal has been filed with the Circuit Court of Lake County, Illinois, as provided by law.

10. The Defendant herein on removal demands this case be tried by a jury.

WHEREFORE, the Defendant, HOME DEPOT U.S.A., INC., prays that it may affect removal of the within action from the Circuit Court of Lake County, Illinois, to the United States District Court for the Northern District of Illinois – Eastern Division, and that the matter be tried before a jury.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

BY: */s/ Noel B. Haberek*
Noel B. Haberek (ARDC #6203567)
One of Its Attorneys

Noel B. Haberek
PARSKY & GALLOWAY, LLC
120 N. LaSalle Street
Suite 3200
Chicago, IL 60602
(312) 551-2130
nbh@pg-lawoffice.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Michael Maher
Salvi & Maher, LLC
950 Technology Way
Suite 120
Libertyville, Illinois 60048
(847) 662-3303
mmaher@salvimaher.com

Noel B. Haberek
PARSKY & GALLOWAY, LLC
Attorney for Defendant
120 N. LaSalle Street
Suite 3200
Chicago, IL  60602
Phone: (312) 551-6398
Fax:    (312) 551-2131
nbh@pg-lawoffice.com

By: /s/ *Noel B. Haberek*
　　　Noel B. Haberek (ARDC #6203567)